**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 05 2020

------------------------------------- x
COLIN PETERS, JR.,

                        Plaintiff,

    -against-

CAPCO – CAPITAL MARKETS COMPANY,

                      Defendant.
------------------------------------- x

ORDER

18 Civ. 10185 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from February 5, 2020 to February 26, 2020 at 9:45 am.

Dated: New York, New York
       February 4, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge