UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| COLIN PETERS, JR.,                        |                               |
|                    Plaintiff,             | 1:18-cv-10185-MKV             |
|           -against-                       | ORDER                         |
| CAPCO – CAPITAL MARKETS COMPANY,          |                               |
|                    Defendants.            |                               |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/16/2020__

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus.  *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155].  Accordingly:

It is hereby ORDERED that the status conference scheduled to take place in this matter on Wednesday, March 18, 2020 shall be adjourned to Thursday, May 7, 2020 at 10:00 AM.  It is further ORDERED that the parties shall file a joint letter by April 30, 2020 updating the Court on the status of this case, proposing deadlines for the close of discovery, and informing the Court whether the parties intend to file dispositive motions or proceed to trial.

**SO ORDERED.**

**Date:  March 16, 2020**                                  _Mary Kay Vyskocil_
**        New York, NY**                                   **MARY KAY VYSKOCIL**
                                                           **United States District Judge**