UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
COLIN PETERS, JR.,

                    Plaintiff,

        -against-

CAPCO – CAPITAL MARKETS COMPANY,

                   Defendant.
-----------------------------------------------------------------X

**ORDER**

**18-CV-10185 (MKV) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2020

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties informed the Court in August that they had reached a resolution of this matter and, accordingly, requested an adjournment of the settlement conference scheduled before this Court. Based on that representation, this Court adjourned the conference. Since then, no stipulation of discontinuance has been filed with the Court. By **Friday, October 9, 2020** the parties shall either file the stipulation of discontinuance or inform the Court the reason why they are unable to do so at this time.

      **SO ORDERED.**

DATED: September 30, 2020
             New York, New York

                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge